Certificate Number: 03088-DC-DE-040521582

Bankruptcy Case Number: 26-00001



03088-DC-DE-040521582

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 18, 2026, at 5:02 o'clock PM CST, Warren D MacGregor completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Columbia.

Date: January 18, 2026

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor